# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA E. BAKER,<br><br>                              Petitioner,<br>   vs.<br><br>K.K. CLARK, Warden, et al.,<br><br>                              Respondents. | CASE NO. 06cv1676 DMS (CAB)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING RESPONDENT'S MOTION TO DISMISS**<br><br>**[Docket Nos. 8, 16]** |

On September 21, 2006, Petitioner Dana E. Baker ("Petitioner"), a state prisoner proceeding *pro se*, filed a First Amended Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 4, 2007, Respondent filed a motion to dismiss the petition as untimely. On July 23, 2007, Magistrate Judge Cathy Ann Bencivengo issued a Report and Recommendation, recommending that the Court deny the motion to dismiss. This Court, having reviewed *de novo* the Magistrate Judge's Report, and there being no objections filed thereto, adopts the recommendation in full and **DENIES** Respondent's motion to dismiss.

Respondent shall file his Answer to the First Amended Petition on or before **October 12, 2007**, and Petitioner shall file his Traverse on or before **November 13, 2007**.

**IT IS SO ORDERED.**

DATED: August 28, 2007

_____
HON. DANA M. SABRAW
United States District Judge